IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN LAMEY, as executor | : | Civil Action No. 4:13-cv-00379 |
| for the Estate of Marie Lamey, | : | |
| | : | |
| Plaintiff | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| NORTHUMBERLAND COUNTY, | : | |
| et al., | : | |
| | : | |
| Defendants. | : | |

**ORDER**

March 13, 2013

On January 22, 2014, Magistrate Judge Karoline Mehalchick issued a Report and Recommendation in which she advised the Court (1) to dismiss with prejudice plaintiff's claims over which this Court has original jurisdiction, and (2) to dismiss without prejudice plaintiff's claims over which this Court has supplemental jurisdiction. (ECF No. 28). Plaintiff filed objections, so the Court reviewed de novo Magistrate Judge Mehalchick's disposition. The Court is persuaded that Magistrate Judge Mehalchick's Report and Recommendation should be adopted in its entirety.

NOW, THEREFORE, this 13th day of March, 2014, IT IS HEREBY

ORDERED that the January 22, 2014 Report and Recommendation (ECF No. 28)

is ADOPTED; defendants's respective motions to dismiss (ECF Nos. 19 & 23) are

GRANTED; all claims are dismissed with or without prejudice as set forth in the

Report and Recommendation. The Clerk of Court is directed to close the case file.

BY THE COURT:

s/ Matthew W. Brann
Matthew W. Brann
United States District Judge